IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00326-PAB-24

UNITED STATES OF AMERICA,

      Plaintiff,

v.

24.  TODD ANTHONY SHELTON,

      Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals

Service requiring the United States Marshal to produce Todd Anthony Shelton, Offender

ID: 125057, before a United States Magistrate Judge forthwith for proceedings and

appearances upon the outstanding Federal warrant from charges in U.S. v. Jeremy

Antuna, et al., case number 10-cr-00326-PAB, in the above-captioned case, and to hold

him at all times in the United States Marshal's custody as an agent of the United States of

America until final disposition of the defendant's case, and thereafter to return the

defendant to the institution where he is now confined.

SO ORDERED this _16th_ day of _June_____, 2010.

_Boyd N. Boland_

UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO