IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00326-PAB-24

UNITED STATES OF AMERICA,

    Plaintiff,

v.

24.    TODD ANTHONY SHELTON,

    Defendant.

_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on the motion of counsel for defendant Shelton to withdraw from further representation [Docket No. 858, filed under seal]. Pursuant to the Court's order at the hearing on October 28, 2010, it is

    ORDERED that the motion to withdraw [Docket No. 858] is granted. Counsel from the Criminal Justice Act shall be appointed immediately.

    DATED November 10, 2010.