IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00326-PAB-24

UNITED STATES OF AMERICA,

    Plaintiff,

v.

24.    TODD ANTHONY SHELTON,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the Government's Motion to Dismiss Counts 1 and 115 of the First Superseding Indictment [Docket No. 1392]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Government's Motion to Dismiss Counts 1 and 115 [Docket No. 1392] is granted. Counts 1 and 115 of the First Superseding Indictment are dismissed as to defendant Todd Anthony Shelton.

DATED May __6__, 2011.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge